

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00124-CR

| | | |
|---|---|---|
| Ex parte Jeffery Pool | § | From the 30th District Court |
| | § | of Wichita County (187,799-A) |
| | § | August 16, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth